IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 1:24-cv-02463<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Heather K. McShain |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Hexin Holding Limited ("Hexin") having filed its complaint for Federal Copyright Infringement, and having moved for a Preliminary injunction against the Defendants, and the Court having considered the amended complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Hexin has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Hexin's federally registered copyrights, which are protected by U.S. Copyright Registration VA 2-274-861, PA 2-319-830, PA 2-319-829, and PA 2-323-424 (the "Hexin Works") to residents of Illinois.

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Hexin has presented specific facts in

the Declaration of Juan Yang in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Hexin Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Hexin product or not authorized by Hexin to be sold in connection with the Hexin Works;

    b. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Hexin, or are sponsored by, approved by, or otherwise connected with Hexin;

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Hexin, nor authorized by Hexin to be sold or offered for sale, and which bear any of Hexin Works;

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Hexin's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such

as Amazon.com, Inc., SHEIN Distribution Corporation, Walmart, and Temu (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon.com, Inc., Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Hexin's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using Hexin Works.

5. Any Third Party Providers, shall, within seven (7) calendar days of receipt of this Order:

      a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

      b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "TTtshop and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. All previously sealed documents are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $10,000 bond posted by Hexin shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED

Date: August 28, 2024

_____
Jeremy C. Daniel
United States District Judge

## SCHEDULE A

| NO | Seller | URL |
|---|---|---|
| 1 | TTtshop | https://www.temu.com/waist-trainer-tummy-wrap-tummy-control-slim-girdle-belt-cincher-shape-your-waist-instantly-with-this-womens-waist-shapewear-belt-postpartum-support-slimming-recovery-g-601099522434210.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2Fc214d220cea311d6029621285fa148a4.jpg&spec_gallery_id=2019496235&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzQ5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=qgahurt8mk&refer_page_name=search_result&refer_page_id=10009_1706526613661_bxkqttrztz |
| 2 | sexythings | https://www.temu.com/waist-trainer-trimmer-belt-breathable-tummy-control-compression-wrap-cincher-womens-underwear-shapewear-g-601099541181850.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F3bf450a988bb7da360b0c2c858be4be8.jpg&spec_gallery_id=2081166887&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_freesia_scene=14&_oak_rec_ext_1=MTE0Ng&_oak_gallery_order=223504899%2C1719063334%2C1626097900%2C863217590%2C1624014136&refer_page_el_sn=201265&_x_sessn_id=qgahurt8mk&refer_page_name=mall&refer_page_id=10040_1706680552076_m9q47a536j |
| 3 | FitPro | https://www.temu.com/elastic-wrap-tummy-control-belt-postpartum-body-shaper-yoga-sports-body-shaper-adjustable-sports-belt-g-601099539629791.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F3b0ee29daa6e5d33c6786dd6180f3282.jpg&spec_gallery_id=2071623122&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_freesia_scene=14&_oak_rec_ext_1=NTk4&_oak_gallery_order=603546025%2C1970672672%2C1373736054%2C1007892311%2C1153980350&refer_page_el_sn=201265&_x_sessn_id=qgahurt8mk&refer_page_name=mall&refer_page_id=10040_1706680693063_aemzi0lon4 |
| 4 | DarkQueens | https://www.temu.com/waist-trainer-tummy-wrap-tummy-control-slim-girdle-belt-cincher-womens-underwear-shapewear-g-601099541181950.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2Faf272b67dcc2a445f8fa2d6b8fb16c57.jpg&spec_gallery_id=2081410423&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=qgahurt8mk&refer_page |

| | | |
|---|---|---|
| | | _name=search_result&refer_page_id=10009_1706526613661_bxkqttrztz&is_back=1 |
| 5 | BeautyCabin | https://www.temu.com/1pc-breathable-elastic-waist-resistant-belt-yoga-fitness-sports-abdominal-waist-trainer-for-women-body-shaper-g-601099531221859.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-10-26%2F1698318750999-8786c90844c2493aa34e06e1e2fc2c8a-goods.jpeg&spec_gallery_id=2045123555&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDA0&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=qgahurt8mk&refer_page_name=search_result&refer_page_id=10009_1706526613661_bxkqttrztz&is_back=1 |
| 6 | fitness center | https://www.temu.com/1pc-sweat-belt-elastic-wrap-belt-body-shaping-yoga-exercise-body-shaping-adjustable-sports-belt-g-601099539615931.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F27fe8d8520eb3f15fb0ef94c75d5cde5.jpg&spec_gallery_id=2071214304&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDg1&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=qgahurt8mk&refer_page_name=search_result&refer_page_id=10009_1706526613661_bxkqttrztz |
| 7 | Al FITNESS | https://www.temu.com/hot-sweat-cinch-belt-elastic-wrap-tummy-control-belt-body-shaper-yoga-sports-adjustable-sports-belt-g-601099542765855.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F81987b5e6abe934222c1ba852ce02130.jpg&spec_gallery_id=2079667614&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTU5&search_key=waist%20wrap&refer_page_el_sn=200049&_x_sessn_id=qgahurt8mk&refer_page_name=search_result&refer_page_id=10009_1706526613661_bxkqttrztz |
| 8 | cocobirds | https://www.temu.com/1pc-3m-10ft-long-plastic-elastic-waist-belt-yoga-fitness-waist-trimmer-sports-abdominal-waist-trainer-women-shapewear-for-weight-loss-g-601099525677380.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-08%2F1694142251049-87c57cd68e0b4e9580e0a32141ed5c7a-goods.jpeg&spec_gallery_id=2080155454&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDQ5&search_key=waistwrap&refer_page_el_sn=200049&_x_sessn_id=4cvl7lhgq8&refer_page_name=search_result&refer_page_id=10009_1706527535014_xabb2rh2hj&is_back=1 |
| 9 | DISMISSED | DISMISSED |
| 10 | WZK-US | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=sr_1_91?crid=209RPCC7H3YWD&dib=eyJ2IjoiMSJ9.89llYGoPFsOrX-NTga3_orfHN8bbyngnwki4j3oDuYd5fY9B1d7ASV1cDKDXD9HHh2Q3Pp0cVXrMMxUO3sMUkxDdud7xf-se53_xNb7r6JAixqpnNwpeKjaZ3hmLbV36c9EhxCoyiBSxdeXG3pQ2cqGJaWNpt05bmABWPgnH0r- |

7

| | | |
|---|---|---|
| | | nfpcpWyAW2hSLvG4JCpnmwtXGwLGF3wfZ4VzzRfWeo3R10KLrSDjM9o2JWDniYqrKGqovEs_oSfyXVbcas12LOD5MBUGPg-6vH0MAxx50P2rsri2GWm98TvJhEjh31LI.x_zNsRwqz4AQQetcNeyWsR8ycYl6lgZaipnRHFVlx6g&dib_tag=se&keywords=Waist+Trainer+for+Women&qid=1709703655&sprefix=waist+trainer+for+women%2Caps%2C268&sr=8-91 |
| 11 | Daphne Tate | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=sr_1_2?crid=2UHY4RNL0WJJV&dib=eyJ2IjoiMSJ9.YYHZ-L8edXKmKxx-VRbRZdgwg8Fm7muUeHQSD_QsVM_SooYKz639c0_hDUoZJmbW.m2mn3p9IqEbN1XM9qADjJ1STU9RjVNszjzN_NQlGVHY&dib_tag=se&keywords=Aniolzd&qid=1709703997&sprefix=aniolzd%2Caps%2C262&sr=8-2 |
| 12 | feng88 | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=sr_1_91?crid=209RPCC7H3YWD&dib=eyJ2IjoiMSJ9.89llYGoPFsOrX-NTga3_orfHN8bbyngnwki4j3oDuYd5fY9B1d7ASV1cDKDXD9HHh2Q3Pp0cVXrMMxUO3sMUkxDdud7xf-se53_xNb7r6JAixqpnNwpeKjaZ3hmLbV36c9EhxCoyiBSxdeXG3pQ2cqGJaWNpt05bmABWPgnH0r-nfpcpWyAW2hSLvG4JCpnmwtXGwLGF3wfZ4VzzRfWeo3R10KLrSDjM9o2JWDniYqrKGqovEs_oSfyXVbcas12LOD5MBUGPg-6vH0MAxx50P2rsri2GWm98TvJhEjh31LI.x_zNsRwqz4AQQetcNeyWsR8ycYl6lgZaipnRHFVlx6g&dib_tag=se&keywords=Waist+Trainer+for+Women&qid=1709703655&sprefix=waist+trainer+for+women%2Caps%2C268&sr=8-91 |
| 13 | zhukengtengUS | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=sr_1_2?crid=2UHY4RNL0WJJV&dib=eyJ2IjoiMSJ9.YYHZ-L8edXKmKxx-VRbRZdgwg8Fm7muUeHQSD_QsVM_SooYKz639c0_hDUoZJmbW.m2mn3p9IqEbN1XM9qADjJ1STU9RjVNszjzN_NQlGVHY&dib_tag=se&keywords=Aniolzd&qid=1709703997&sprefix=aniolzd%2Caps%2C262&sr=8-2 |
| 14 | LiTJiaY | https://www.amazon.com/HEERBUTONG-Drawstring-Abdominal-Postpartum-waistband/dp/B0CQ2HMSYP/ref=zg_bsnr_g_1294873011_d_sccl_16/147-6040676-6662041?psc=1 |
| 15 | Yettsa | https://www.amazon.com/yettsa-Cincher-Control-Shapewear-adjustable/dp/B0CRSPWQVM/ref=zg_bsnr_g_1294873011_d_sccl_12/147-6040676-6662041?psc=1 |
| 16 | DISMISSED | DISMISSED |
| 17 | Snatched And Gains | https://www.amazon.com/Snatched-Gains-Trainer-Bandage-Weightloss/dp/B0CMR215J2/ref=zg_bsnr_g_14333011_d_sccl_24/147-6040676-6662041?psc=1 |
| | | https://www.amazon.com/Snatched-Gains-Trainer-Slimming-Weightloss/dp/B0CM9TV3S2/ref=zg_bsnr_g_14333011_d_sccl_20/147-6040676-6662041?psc=1 |
| 18 | Waist Away by Moojy | https://www.amazon.com/Waist-Away-by-Moojy-WBMT210300-BK1-OS/dp/B0CW1NYR17/ref=zg_bsnr_g_14333011_d_sccl_5/147-6040676-6662041?psc=1 |

8

| | | |
|---|---|---|
| 19 | CaijunSHANGMAO | https://www.amazon.com/dp/B0BLNBG1GB/ref=sspa_dk_detail_4?psc=1&pd_rd_i=B0BLNBG1GB&pd_rd_w=ZnT8J&content-id=amzn1.sym.0d1092dc-81bb-493f-8769-d5c802257e94&pf_rd_p=0d1092dc-81bb-493f-8769-d5c802257e94&pf_rd_r=C7QP2CMAFYFY6SFGAXWB&pd_rd_wg=XEe1Z&pd_rd_r=75fe931b-c9d7-436e-9e13-4db37e8edc4c&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwy |
| 20 | GAOGUSHANGMAO | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=sr_1_2?crid=2UHY4RNL0WJJV&dib=eyJ2IjoiMSJ9.YYHZ-L8edXKmKxx-VRbRZdgwg8Fm7muUeHQSD_QsVM_SooYKz639c0_hDUoZJmbW.m2mn3p9IqEbN1XM9qADjJ1STU9RjVNszjzN_NQlGVHY&dib_tag=se&keywords=Aniolzd&qid=1709703997&sprefix=aniolzd,aps,262&sr=8-2 |
| 21 | Z-uk | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=sr_1_91?crid=209RPCC7H3YWD&dib=eyJ2IjoiMSJ9.89llYGoPFsOrX-NTga3_orfHN8bbyngnwki4j3oDuYd5fY9B1d7ASV1cDKDXD9HHh2Q3Pp0cVXrMMxUO3sMUkxDdud7xf-se53_xNb7r6JAixqpnNwpeKjaZ3hmLbV36c9EhxCoyiBSxdeXG3pQ2cqGJaWNpt05bmABWPgnH0r-nfpcpWyAW2hSLvG4JCpnmwtXGwLGF3wfZ4VzzRfWeo3R10KLrSDjM9o2JWDniYqrKGqovEs_oSfyXVbcas12LOD5MBUGPg-6vH0MAxx50P2rsri2GWm98TvJhEjh31LI.x_zNsRwqz4AQQetcNeyWsR8ycYl6lgZaipnRHFVlx6g&dib_tag=se&keywords=Waist+Trainer+for+Women&qid=1709703655&sprefix=waist+trainer+for+women%2Caps%2C268&sr=8-91 |
| 22 | Bright Skin Cosmetics | https://www.walmart.com/ip/Bright-Skin-Belly-Wrap-Waist-Trainer-for-Women-Body-Shapewear-Snatch-Me-Up-Bandage-Wrap-Body-Shaping-Tummy-Control-Body-Shaper-Black/5074561678?adsRedirect=true |
| 23 | ANBAO Co.Ltd | https://www.walmart.com/ip/QRIC-Waist-Trainer-for-Women-Snatch-Me-Up-Bandage-Wrap-Tummy-Wrap-Waist-Trimmer-Belt-Slimming-Body-Shaper-Plus-Size/359536881?from=/search |
| 24 | Quex Company | https://www.walmart.com/ip/Women-s-Waist-Trainer-Latex-Waist-Tummy-Slimming-Wrap-Around-Compression-Band-Shapewear-BLACK-ONE-SIZE/496468897?from=/search |
| 25 | eBestShop4u | https://www.walmart.com/ip/iMounTEK-Tummy-Bandage-Wrap-Waist-Trainer-Invisible-Trainer-Slimming-Belt-Postpartum-Recovery-Lower-Back-Pain-Relief-Adjustable-19-69ft/1097451761?from=/search |
| 26 | Jingzhuo Network Technology Co., Ltd. | https://www.walmart.com/ip/Waist-Trainer-Snatch-Me-Up-Bandage-Wrap-5-12-Wide-Adjustable-Wraps-Trimmer-Belt-Support-Lumbar-Belly-Body-Shaper-Gym-Accessories-Women-Slimming-Repai/2144441743?from=/search |
| 27 | Seller on Joybuy Marketplace (Jinan Nanju | https://www.walmart.com/ip/Jytue-Waist-Trainer-Snatch-Me-Up-Bandage-Wrap-5-12-Wide-Adjustable-Wraps-Trimmer-Belt-Support-Lumbar-Belly-Body-Shaper-Gym-Accessories-For-Women-Slim/1546137361?from=/search |

| | | |
|---|---|---|
| | Network Technology Co., Ltd.)[1] | |
| 28 | Seller on Joybuy Marketplace (Jinan Nanju Network Technology Co., Ltd.)[2] | https://www.walmart.com/ip/SchSin-Waist-Trainer-Snatch-Me-Up-Bandage-Wrap-5-12-Wide-Adjustable-Wraps-Waist-Trimmer-Belt-Waist/1663249057?athcpid=1663249057&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMy4wLDEwNS42LDAuMDQwMTM0NjA0NTEwOTc0NzQsMC41Xw&athstid=CS055&athguid=EtLt4w2apz8kDTCNL1IL0z4GQrb1j3xztF55&athancid=1374281566&athposb=-11&athena=true |
| 29 | EEEkit | https://www.walmart.com/ip/Waist-Trainer-Women-EEEkit-Trimmer-Tummy-Wrap-Back-Support-Band-Control-Body-Shaper-Sweat-Weight-Loss-Shapewear-Gym-Sports-13ft-Black/520686350?from=/search |
| 30 | Dongguan Wangsuchuan Trading Co., Ltd. | https://www.walmart.com/ip/Snatch-Me-Up-Wrap-Bandage-Tummy-Wrap-Sweat-Wraps-Waist-Trimmer-Belt-For-Women-I-Adjust-Your-Snatch-Waist-Trimmer-Body-Shaper-Wrap-For-Women-Black/2787651922?from=/search |
| 31 | TVTimeDirect | https://www.walmart.com/ip/Full-Curve-Latex-Tummy-Wrap-Waist-Shapewear-Neoprene-Belt-Adult-Size-XS-5XL-Compression/1698187256?from=/search |
| 32 | jaya collection llc | https://www.walmart.com/ip/Women-s-Latex-Tummy-Waist-Slimming-Wrap-Compression-Band-Wrap-Around-Waist-Trainer-Shapewear-ONE-SIZE/636794605?from=/search |
| 33 | CARTONGO LLC | https://www.walmart.com/ip/Waist-Trainer-Bandage-Wrap-Compression-Belt-for-Women-Tummy-Control-Band-Corset-Cincher-Postpartum-Maternity-Belt/271532644?from=/search |
| 34 | NY Trendz Corp. | https://www.walmart.com/ip/Cayenave-Abdominal-Binder-Latex-Tummy-Wrap-Provides-Slimming-Bariatric-Stomach-Compression-waist-wrap/141691242?from=/search |
| 35 | EXGREEM TRADING INC | https://www.walmart.com/ip/Waist-Trainer-for-Women-Sauna-Belt-Tummy-Wrap-Plus-Size/1095052358?from=/search |
| 36 | SENXUAN Co.Ltd | https://www.walmart.com/ip/Zukuco-Waist-Trainer-for-Women-Bandage-Wrap-Sauna-Belt-Long-Torso-Tummy-Sweat-Wraps-Belly-Body-Shaper-Waist-Trimmer-Belt/631757878?from=/search |
| 37 | YUANQUQU | https://www.walmart.com/ip/kitwin-Waist-Trainer-Snatch-Me-Up-Bandage-Wrap-5-12-Wide-Adjustable-Wraps-Trimmer-Belt-Support-Lumbar-Belly-Body-Shaper-Gym-Accessories-Women-Slimmin/1374281566?athcpid=1374281566&athpgid=AthenaItempage&athcgid=null&athznid=si&a |
| 38 | WindQuickSports Sports & Outdoor | https://us.shein.com/4m-Wrap-Stomach-Band-With-Magic-Tape-Adjustable-Waist-Belt-For-Fitness-Training-Elastic-Waistband-p-18057350-cat-5782.html?src_identifier=st%3D2%60sc%3Dwaist%20trainer%60sr%3D0%60ps%3D1&src_module=search&src_tab_page_id=page_search1701394054464&mallCode=1 |

---

[1] Joybuy Marketplace has provided the correct name of the defendant and it is accordingly reflected.
[2] Joybuy Marketplace has provided the correct name of the defendant and it is accordingly reflected.

| | | |
|---|---|---|
| 39 | WEINININ | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 40 | fuqingshisanshanzhenzhengkailiubaihuolingshouchaos | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 |
| 41 | ☐☐☐☐☐ | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 |
| 42 | kean XinJISHU stor | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 43 | GZYY STORE | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 44 | YELANKUAJING STORE | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 45 | TOBAOBO | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 46 | PreHomes | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?psc=1 |
| 47 | liuxingyudejingpindi | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_19/145-7622024-4106709?th=1 |
| 48 | 潮男服装馆 | https://www.amazon.com/Algasan-Premium-Waist-Training-Belt/dp/B0CNT8BTJV/ref=sr_1_1?dib=eyJ2IjoiMSJ9.Uboo9EA8D9-e4M4PNN1UjvzIPNcEkMciO_zOAio76ejGjHj071QN20LucGBJIEps.VuVcoCP_xFhKwEK9TBDqRsoMyauk5RaygU3pM_PRoGE&dib_tag=se&m=ADLW6LDNHWG5R&marketplaceID=ATVPDKIKX0DER&qid=1712900031&s=merchant-items&sr=1-1 |
| 49 | Daenzy | https://www.amazon.com/dp/B0CY7TLZN3/ref=sspa_dk_detail_4?psc=1&pd_rd_i=B0CY7TLZN3&pd_rd_w=So8pf&content-id=amzn1.sym.f734d1a2-0bf9-4a26-ad34-2e1b969a5a75&pf_rd_p=f734d1a2-0bf9-4a26-ad34-2e1b969a5a75&pf_rd_r=9QR409KJ0Y6G1X0WDCXF&pd_rd_wg=XrAFS&pd_rd_r=fa3 |
| 50 | DNK-I FAMILY GIFTS | https://www.amazon.com/dp/B0B37DD59L/ref=sspa_dk_detail_0?psc=1&pd_rd_i=B0B37DD59L&pd_rd_w=TIFCH&content-id=amzn1.sym.0d1092dc-81bb-493f-8769-d5c802257e94&pf_rd_p=0d1092dc-81bb-493f-8769-d5c802257e94&pf_rd_r=21D8400P5QX9Q7K3JFQ0&pd_rd_wg=u4yWz&pd_rd_r=bb3 |

| | | |
|---|---|---|
| 51 | xuguochao shop | https://www.amazon.com/ROETIN-Trainer-Stomach-Exercise-Bandage/dp/B0C62C8X63/ref=sr_1_308?crid=3H94RKBDDYVT9&keywords=waist+wrap&qid=1692946694&sprefix=waist+%2Caps%2C295&sr=8-308 |
| 52 | xuyufang--US | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 |
| 53 | QIYIWRB US | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=sr_1_1?dib=eyJ2IjoiMSJ9._ZCYffNvGiaAjpL8Dr9AD-xZSH8nay799jRMPdSv5ydK6B2SXyNb-YVWmNHRg0MgK_qXIA-55GMe22u_0YedwSH7dJ8CgNbICLZ1sBES2d-kXLZtog7Mb9zV1jsYWnrG0Ao53M5VzzJbcY_jfXcf32DQEHzZ5VxycAYqHUZxmLC0xotNCOAMx8bv0O2cFpahM8Fw0M0zGoOB3nLYs7PTUPhN2S6rypYnFH4GnqKu02g.IvqQxbjNSaa3ii2jptsj7bua-unM2A1blLPHZBA57v8&dib_tag=se&m=A1FU50G374US1X&marketplaceID=ATVPDKIKX0DER&qid=1712893905&s=merchant-items&sr=1-1 |
| 54 | Xiaomei---US | https://www.amazon.com/Haorail-Trainer-Stomach-Compression-Shapewear/dp/B0CZJJD3NW/ref=zg_bsnr_g_14333011_d_sccl_10/145-7622024-4106709?psc=1 |
| 55 | LWDUDE | https://www.amazon.com/LWDUDE-Anti-cur-Suitable-Postpartum-Recovery/dp/B0CTFNK1YC/ref=sr_1_38?crid=1VD5BFYO4BI5P&dib=eyJ2IjoiMSJ9.0Pm1s1mR6ZrpQ3Al_0ZrRnc8GUvqepKbRIAlFFFG9GWb9LHJExrbLf1IUNt0ZVX402wOAd03B_hswKiGiEfdIT5MPyWqY3WwxoNgSf7Cu5WFcH2DCEvRGYwzu48OCgv9JCVBC5gpxdMV6vC6IF3Wv7m83Ks0pc3AguWpoH6rMTmjrnp7KEhrjy8t56u2ITGcVw_5TcoQSdeBH6vvcRtFzmqLOt6VsHQ5dOPwmY3bcIDxVAchkwA9BhwQxXdmdbphy9MwGs4JC0C4ByprXC2JcwAoZ0NIIvjUPBFkP8hpsq0.p8EwqmVb4yPHcjYLyXYG-KPORN68zs3cJGLMwU7AmQY&dib_tag=se&keywords=waist+wrap&qid=1712894005&sprefix=wais+%2Caps%2C274&sr=8-38 https://www.amazon.com/LWDUDE-Anti-curl-waist-comfortable-postpartum/dp/B0C9L3WRYZ/ref=sr_1_146_sspa?crid=1VD5BFYO4BI5P&dib=eyJ2IjoiMSJ9.rUJwLEdO_PUMPLXvwxYBV-QW8R5c71biYH4o5Zsqq5SKhlg9N4GUwI-QRBBq0I-OoWZGH88SgD4hK3wJEqpVFHRSNefw6n93tzH-cyeF7S4.frjrGKFFEqandtllNoqGslZBgajHj-zifeqyf0xzKbs&dib_tag=se&keywords=waist+wrap&qid=1712894280&sprefix=wais+%2Caps%2C274&sr=8-146-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGZbmV4dA&psc=1 |
| 56 | LZY US | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR/ref=zg_bs_g_14333011_d_sccl_49/145-7622024-4106709?psc=1 |
| 57 | Aniolzd Store | https://www.amazon.com/Trainer-Bandage-Invisible-Trimmer-Snatcher/dp/B09J98R9SP/ref=zg_bs_g_14333011_d_sccl_11/143-4818465-7614440?psc=1 |

| 58 | LiTJiaY | https://www.amazon.com/HEERBUTONG-Drawstring-Abdominal-Postpartum-waistband/dp/B0CQ2HMSYP/ref=sr_1_15?crid=1VD5BFYO4BI5P&dib=eyJ2IjoiMSJ9.0Pm1s1mR6ZrpQ3Al_0ZrRnc8GUvqepKbRIAlFFFG9GWb9LHJExrbLf1IUNt0ZVX402wOAd03B_hswKiGiEfdIT5MPyWqY3WwxoNgSf7Cu5WFcH2DCEvRGYwzu48OCgv9JCVBC5gpxdMV6vC6IF3Wv7m83Ks0pc3AguWpoH6rMTmjrnp7KEhrjy8t56u2ITGcVw_5TcoQSdeBH6vvcRtFzmqLOt6VsHQ5dOPwmY3bcIDxVAchkwA9BhwQxXdmdbphy9MwGs4JC0C4ByprXC2JcwAoZ0NIIvjUPBFkP8hpsq0.p8EwqmVb4yPHcjYLyXYG-KPORN68zs3cJGLMwU7AmQY&dib_tag=se&keywords=waist+wrap&qid=1712894005&sprefix=wais+%2Caps%2C274&sr=8-15 |
| --- | --- | --- |
| 59 | HADAN | https://www.amazon.com/HADAN-Invisible-Trainer-Clothes-Stomach/dp/B0B37DD59L |
| 60 | Aniolzd | https://www.amazon.com/Trainer-Stomach-Bandage-Invisible-Snatcher/dp/B09LSZ95FR |
| 61 | DISMISSED | DISMISSED |