UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>               Plaintiff,<br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 1:24-cv-02463<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Heather K. McShain |

## SATISFACTION OF JUDGMENT

A Default Judgment was entered in the above-captioned action on September 25, 2024 [49], in favor of Plaintiff Hexin Holding Limited ("Plaintiff"), against the Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following defendants:

| Defendant Name | Defendant No. |
|---|---|
| WZK-US | 10 |
| feng88 | 12 |
| Z-uk | 21 |
| WEINININ | 39 |
| Fugingshi Sanshanzhen Zhengkailiu Baihuo Lingshou Chaoshi | 40 |
| 香未百货店 | 41 |
| TOBAOBO | 45 |
| xuyufang --US | 52 |
| QIYIWRB US | 53 |
| LZY US | 56 |
| Aniolzd | 60 |

Date: October 3, 2024  Respectfully submitted,

<u>*/s/ Faye Yifei Deng*</u>
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*